IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

CRIMINAL 15-0700-08CCC

vs

**8) CHRISTIAN JONAS
ACEVEDO-ROMAN**, a/k/a "Pirata"
(Counts ONE through FIVE)

Defendant

**ORDER**

Having considered the Report and Recommendation filed on May 3, 2016
(**d.e. 168**) on a Rule 11 proceeding of defendant [8] Christian Jonás
Acevedo-Román before U.S. Magistrate-Judge Camille L. Vélez-Rivé on
April 27, 2016, to which no objection has been filed, the same is APPROVED.
Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that
his plea was voluntary and intelligently entered with awareness of his rights
and the consequences of pleading guilty and contains all elements of the
offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a
Presentence Investigation Report since April 27, 2016.  The **sentencing
hearing is set for <u>July 28, 2016</u> at <u>4:15 PM</u>**.

The U.S. Probation Officer is reminded that, should any objections be
raised by defendant to the PreSentence Report, the Addendum to said
PreSentence Report must specifically identify any unresolved objections, the
grounds for the objections, and the U.S. Probation Officer's comments on
them, as required by Fed. R. Crim. P. 32(g).  The party that raised the
unresolved objections shall, **<u>within twenty-four (24) hours</u>** after the

CRIMINAL 15-0700-08CCC            2

Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on June 8, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge